IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 18-70541-JAD |
| | ) | |
| ROBERT W. JAGER, | ) | Chapter 11 |
| MARGARET M. JAGER, | ) | |
| | ) | Related to Doc. No. 79, 89 |
| Debtors. | ) | |
| | X | |
| | ) | |
| INFIRST BANK, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| ROBERT W. JAGER, | ) | |
| MARGARET M. JAGER, and | ) | |
| NORMA HILDENBRAND, | ) | |
| | ) | |
| Respondents. | ) | |
| | X | |

## ORDER

For the reasons set forth in the *Memorandum Opinion* issued contemporaneously herewith, the Court hereby **ORDERS, ADJUDGES, and DECREES** that the Debtors' *Motion to Amend Findings of Fact, Amend Judgment, for Relief from Judgment and/or for New Trial*, ECF No. 89, is DENIED.

The Court hereby MODIFIES its *Order* dated November 20, 2018 (ECF No. 79) by which the Court granted InFirst Bank's *Motion for Relief from the Automatic Stay* (ECF NO. 13)(the "Motion for Relief"). The purpose of the modification is to clarify that relief from the automatic stay has been granted to InFirst Bank relative to all real property subject of its Motion for Relief. Such real property

includes: (1) certain real property with a mailing address of 1181 Pleasant Valley Road, Woodland, Clearfield County, Pennsylvania, 16881, also known as Clearfield County Tax Map Parcel Number 1060-M07-000-00074, and (2) certain real property with a mailing address of 1115 Pleasant Valley Road, Woodland, Clearfield County, Pennsylvania, 16881, also known as Clearfield County Tax Map Parcel Number 106-M07-000-00060.

Dated: February 13, 2019

_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

cc:  Debtors
     Gary W. Short, Esq.
     Robert F. Manzi, Jr., Esq.